IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Germantown Cab Company,    :
        Appellant  :
             :
  v.          :
             :
Philadelphia Parking Authority   :   No. 1078 C.D. 2015

## **O R D E R**

NOW, April 20, 2016, upon consideration of appellant's motion for reargument and appellee's answer in response thereto, the motion is denied.

                 
MARY HANNAH LEAVITT,
President Judge